STATE OF VERMONT - CIVIL DIVISION

# CASE SUMMARY

## CASE NO. 26-CV-03006



**Bingham Brook, LLC v. Blackburn Architects, P.C. et al** § § § §

Location: **Chittenden Unit**
Filed on: **05/21/2026**

### CASE INFORMATION

Case Type: **Contract - Other**
Case Status: **06/22/2026 Active - Pretrial**

**File Date** 05/21/2026
**Filed By** Bingham Brook, LLC — **Filed Against** Blackburn Architects, P.C.
**Cause of Action** Claim — **Description/Remedy** Action Blackburn Architects, P.C.

**File Date** 05/21/2026
**Filed By** Bingham Brook, LLC — **Filed Against** Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.
**Cause of Action** Claim — **Description/Remedy** Action Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.

**File Date** 05/21/2026
**Filed By** Bingham Brook, LLC — **Filed Against** Advanced Equine Construction, LLC
**Cause of Action** Claim — **Description/Remedy** Action Advanced Equine Construction, LLC

**File Date** 05/21/2026
**Filed By** Bingham Brook, LLC — **Filed Against** SC Equine Construction
**Cause of Action** Claim — **Description/Remedy** Action SC Equine Construction

### DATE — CASE ASSIGNMENT

**Current Case Assignment**

| | |
|---|---|
| Case Number | 26-CV-03006 |
| Court | Chittenden Unit |
| Date Assigned | 05/21/2026 |

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Plaintiff** | **Bingham Brook, LLC** | **Briansky, Richard E.** *Retained* 617-342-6824(W) RBriansky@pecklaw.com |
| **Defendant** | **Advanced Equine Construction, LLC** | |
| | **Blackburn Architects, P.C.** | **Malone, Kelly Martin** *Retained* 617-670-8800(W) KMalone@mgmlaw.com |
| | **SC Equine Construction** | |
| | **Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.** | **Seagraves, Gara M.** *Retained* |

734-355-4847(W)
gsliwka@gmail.com

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/21/2026 | **Cause of Action** Claim (SC Equine Construction)<br>Filed By: Bingham Brook, LLC<br>Filed Against: SC Equine Construction<br>Action Type: Action | |
| 05/21/2026 | **Cause of Action** Claim (Advanced Equine Construction, LLC)<br>Filed By: Bingham Brook, LLC<br>Filed Against: Advanced Equine Construction, LLC<br>Action Type: Action | |
| 05/21/2026 | **Cause of Action** Claim (Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.)<br>Filed By: Bingham Brook, LLC<br>Filed Against: Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.<br>Action Type: Action | |
| 05/21/2026 | **Cause of Action** Claim (Blackburn Architects, P.C.)<br>Filed By: Bingham Brook, LLC<br>Filed Against: Blackburn Architects, P.C.<br>Action Type: Action | |
| 05/21/2026 | Civil Complaint<br>Filed by: Attorney Briansky, Richard E.<br>*with Exhibits A - D* | |
| 05/21/2026 | **Service Due**<br>Blackburn Architects, P.C.<br>Unserved<br>Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.<br>Served: 06/09/2026<br>Advanced Equine Construction, LLC<br>Unserved<br>SC Equine Construction<br>Unserved | |
| 05/21/2026 | Initial Filing - Civil<br>*Complaint with Exhibit A - D and Demand for Jury Trial* | |
| 05/21/2026 | Jury Trial Request - Civil<br>Filed by: Attorney Briansky, Richard E. | |
| 05/26/2026 | Sent to Case Parties<br>*Automated by RIS for SOP processing - Richard E. Briansky* | |
| 05/26/2026 | Summons Issued<br>Issued for: Defendant Advanced Equine Construction, LLC; Defendant Blackburn Architects, P.C.; Defendant Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.; Defendant SC Equine Construction<br>*At Attorney's Request* | |
| 05/26/2026 | Notice to Parties<br>Recipients: Attorney Briansky, Richard E. | |

05/26/2026 Notice of Attorney's Appearance
Filed by: Attorney Malone, Kelly Martin
Representing: Defendant Blackburn Architects, P.C.
*Notice of Appearance of Kelly Martin Malone*

06/18/2026 Notice of Attorney's Appearance
Filed by: Attorney Seagraves, Gara M.
Representing: Defendant Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.
*Notice of Appearance of Verdantas, LLC*

06/18/2026 Certificate of Service
Filed by: Attorney Seagraves, Gara M.

06/22/2026 Affidavit of Service
Filed by: Attorney Briansky, Richard E.
Party Served: Defendant Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.
*Verdantas, LLC as successor-in-interest to Horizons & Summit Engineering, - with served summons*

06/30/2026 Document(s) Filed
Filed by: Attorney Seagraves, Gara M.
*Notice of Filing Petition for Removal to Federal Court*

06/30/2026 Exhibits
Filed by: Attorney Seagraves, Gara M.
*A - Petition for Removal Papers*

07/06/2026 Case Removed to US District Court
Filed by: Defendant Verdantas, LLC as successor-in-interest to Horizons Engineering, Inc. and Summit Engineering, Inc.

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** Bingham Brook, LLC | |
| | Total Charges | 295.00 |
| | Total Payments and Credits | 295.00 |
| | **Balance Due as of 07/06/2026** | **0.00** |

**7/6/2026** CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME APPEARS ON FILE IN THIS OFFICE.

Judicial Assistant, VERMONT SUPERIOR COURT